IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>        Plaintiffs,<br><br>v.<br><br>RUNZA RESTAURANT; HUDSON INVESTMENTS, INC.,<br><br>        Defendants. | CASE NO. 8:16cv397<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the parties through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to bear his/its own attorney's fees and costs.

Dated this 3rd day of January, 2017

PLAINTIFF, SANDRA FRANKLIN,

BY: /s/*Adam E. Emerton*
ADAM E. EMERTON
ROSS R. PESEK
Pesek Law, LLC
1904 Farnam Street, Ste. 410
Omaha, Nebraska 68102
(402) 342-9684
(402) 342-9683 (fax)
*Attorneys for Plaintiff*

RUNZA RESTAURANT; HUDSON INVESTMENTS, INC., Defendants,

By: /s/Scott P. Moore
Scott Parrish Moore (NE# 20752)
Sara A. McCue (NE# 25521)
of BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Adam Emerton

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

    None.

                                                            /s/Scott P. Moore

DOCS/1805278.1